# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baer,, Janet S. | Bankruptcy Court- Northern District of Illinois | 07/07/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>7/6/2012 |

**7. Chambers or Office Address**

219 S. Dearborn Street, Suite 650, Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member from 1/1/2011 to 3/2/2012 | Baer Higgins Fruchtman LLC |
| 2. | Sole Owner 2/1/2009 to 12/31/2011 | The Law Offices of Janet S. Baer PC |
| 3. | Trustee 1/2011 to 7/2012 | Baer Higgins Fruchtman LLC Defined Benefit Plan |
| 4. | Trustee 1/2011 to 7/2012 | Baer Higgins Fruchtman LLC 401K Plan |
| 5. | Trustee 2/2009 to 7/2012 | The Law Offices of Janet S. Baer Defined Benefit Plan |
| 6. | Trustee 2/2009 to 7/2012 | The Law Offices of Janet S. Baer 401 K Plan |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011-2012 | Baer Higgins Fruchtman LLC Defined Benefit Plan with former law firm, control |
| 2. 2011-2012 | Baer Higgins Fruchtman LLC 401K Plan with former law firm, control |
| 3. 2009-2012 | The Law Offices of Janet S. Baer Defined Benefit Plan with dissolved law firm, control |
| 4. 2009-2012 | The Law Offices of Janet S. Baer 401K Plan with dissolved law firm, control |
| 5. 2011-2012 | Baer Higgins Fruchtman LLC, unwritten LLC agreement of former law firm with former members, Roger J. Higgiins and Rebecca O. Fruchtman, control |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer,, Janet S. | 07/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Gross wages and distributions from fomer lawfirm, Baer Higgins Fruchtman LLC for time billed July, 2011 - February, 2012 | $230,000.00 |
| 2. 2011 | Gross wages and distributions from former firms Baer Higgins Fruchtman LLC and Law Offices of Janet S. Baer PC for billings 7/2010-9/2011 | $891,135.00 |
| 3. 2010 | Distributions from fomer law firm The Law Offices of Janet S. Baer for time billed July 2009 - September 2010 | $817,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer,, Janet S. | 07/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Columbia College Chicago | 2012 Tuition and Room & Board | None |
| 2. | Lake Forest College | 2011-2012 Tuition and Room & Board | None |
| 3. | Knox College | 2011-2012 Tuition and Room & Board | None |
| 4. | Knox College | 2010-2011 Tuition and Room & Board | None |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer,, Janet S. | 07/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Municipal Money Market Fund #1 | A | Interest | L | T | Exempt | | | | |
| 2. Fidelty Municipal Money Market Fund #2 | A | Interest | N | T | | | | | |
| 3. Ally Bank Midvale Utah CD #1 | A | Int./Div. | L | T | | | | | |
| 4. Ally Bank Midvale Utah CD #2 | A | Interest | L | T | | | | | |
| 5. American Express Cen CD | A | Interest | L | T | | | | | |
| 6. Beal Bank USA Las Vegas Nev CD | A | Interest | L | T | | | | | |
| 7. Discovery Bank Greenwook Del CD | A | Interest | L | T | | | | | |
| 8. Fidelty Global Balanced Fund | A | Int./Div. | L | T | | | | | |
| 9. I shares TR S & P Midcap 400 Index Fund | A | Int./Div. | K | T | | | | | |
| 10. I shares Trust S & P Small Cap 600 Index Fund | A | Int./Div. | K | T | | | | | |
| 11. Forrester Discovery Fund | A | Int./Div. | K | T | | | | | |
| 12. Matthews Asian Growth & Income Fund #1 | B | Int./Div. | K | T | | | | | |
| 13. Oakmark Equity & Income Fund #1 | D | Int./Div. | M | T | | | | | |
| 14. Pimco Investment Grade Corp bond Class D Fund | A | Int./Div. | K | T | | | | | |
| 15. Pimco Global Multi Asset Class D Fund | A | Int./Div. | L | T | | | | | |
| 16. T Rowe Price International Stock Fund #1 | A | Int./Div. | L | T | | | | | |
| 17. T Rowe Price Capital Appreciation Fund # 1 | E | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer,, Janet S. | 07/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T Towe Price International Bond Fund #1 | A | Int./Div. | K | T | | | | | |
| 19. Templeton Global Bond Fund Class C | A | Int./Div. | K | T | | | | | |
| 20. Vanguard Wellington Investor Fund | D | Int./Div. | L | T | | | | | |
| 21. Fidelity Municipal Money Market Fund #3 | A | Interest | M | T | | | | | |
| 22. Illinois State G.O. College Savings Bond 8/1/2012 | A | Interest | J | T | | | | | |
| 23. Matthews Asian Growth & Income Fund #2 | B | Int./Div. | K | T | | | | | |
| 24. Oakmark Equity & Income Fund #2 | D | Int./Div. | K | T | | | | | |
| 25. T Rowe Price Short Term Bond Fund #1 | A | Int./Div. | K | T | | | | | |
| 26. T Rowe Price Capital Appreciaton Fund #2 | C | Int./Div. | K | T | | | | | |
| 27. Fidelty Municipal Money Market Fund #4 | A | Int./Div. | L | T | | | | | |
| 28. American Century Mid Cap Value Inv Shares Fund | A | Int./Div. | | | | | | | |
| 29. Thrid Avenue Small Cap Value Fund | A | Int./Div. | | | | | | | |
| 30. Third Avenue Intl Value Fund | A | Int./Div. | | | | | | | |
| 31. Hussman Strategic Growth Fund #1 | A | Int./Div. | | | | | | | |
| 32. Illinois St College Svg Bond 8/1/2010 #1 | A | Interest | | | | | | | |
| 33. Illinois St College Svg Bond 8/1/2010 #2 | A | Interest | | | | | | | |
| 34. Illinois St College Svg Bond 8/1/2011 | A | Interest | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer,, Janet S. | 07/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Illinois Dev Fin Authority Rev Sch Rev Bonds 12/1/2011 | A | Interest | | | | | | | |
| 36. IRA | E | Int./Div. | N | T | | | | | |
| 37. -Fidelty Cash Reserves | A | Int./Div. | | | | | | | |
| 38. -Powershares DB Commodity Index Tracking FD Unilt Ben Int | A | Int./Div. | | | | | | | |
| 39. -Driehaur Emerging Markets Fund | A | Int./Div. | | | | | | | |
| 40. -Fidelty Real Estate Investment Fund | C | Int./Div. | | | | | | | |
| 41. -Ishares Trust S & P Midcap 400 Index FD | A | Int./Div. | | | | | | | |
| 42. -Ishares Trust S & P Small Cap 600 Index FD | A | Int./Div. | | | | | | | |
| 43. -Matthews Asian Growth & Income Fund #3 | D | Int./Div. | | | | | | | |
| 44. -Oakmark International Small Cap Investment Fund | A | Int./Div. | | | | | | | |
| 45. -Pimco All Asset All Authority Class D Fund | B | Int./Div. | | | | | | | |
| 46. -Pimco Foreign Bond Fund Unhedged Class D | D | Int./Div. | | | | | | | |
| 47. -Pimco Real Return Fund Class D | E | Int./Div. | | | | | | | |
| 48. -Pimco Total Return Fund Class D | D | Int./Div. | | | | | | | |
| 49. -RS Global Natural Resources Fund Class A | D | Int./Div. | | | | | | | |
| 50. -TCW Total Return Bond Fund Class N | D | Int./Div. | | | | | | | |
| 51. -American Century International Bond Fund | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer,, Janet S. | 07/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Hussman Strategic Growth Fund #@ | A | Int./Div. | | | | | | | |
| 53. Vanguard International Value Fund ( Inherited IRA) | A | Int./Div. | K | T | | | | | |
| 54. Allianz Inherited Annuity | D | Distribution | K | T | | | | | |
| 55. T Rowe Price Balanced Fund ( Rollover 401K) | F | Int./Div. | O | T | | | | | |
| 56. T Rowe Price Capital Appreciation Fund #3 | A | Int./Div. | | | | | | | |
| 57. T Rowe Price International Stock Fund #2 | A | Int./Div. | | | | | | | |
| 58. PIMCO Real Return Bond, Adm Fund #1 | A | Int./Div. | | | | | | | |
| 59. Pimco Total Return Fund Adm #1 | A | Int./Div. | | | | | | | |
| 60. Templeton Global Bond Fund Adm #1 | A | Int./Div. | | | | | | | |
| 61. T Rowe Price International Bond Fund #2 | A | Int./Div. | | | | | | | |
| 62. T. Rowe Price Spectrum Income Fund #1 | A | Int./Div. | | | | | | | |
| 63. Oakmark Equity & Income Fund #3 | B | Int./Div. | | | | | | | |
| 64. T Rowe Price Equity Income Fund #1 | A | Int./Div. | | | | | | | |
| 65. T Rowe Price Extended Equity Mid Index Fund #1 | B | Int./Div. | | | | | | | |
| 66. T Rowe Price Global Real Estate Fund #1 | A | Int./Div. | | | | | | | |
| 67. T Rowe Price International Growth & Income Fund #1 | A | Int./Div. | | | | | | | |
| 68. T Rowe Price International Discovery Fund #1 | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Baer,, Janet S. | 07/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T Rowe Price New America Growth Fund #1 | A | Int./Div. | | | | | | | |
| 70. T Rowe Price New Era Fund #1 | A | Int./Div. | | | | | | | |
| 71. T Rowe Price Personal Strategy Income Fund #1 | B | Int./Div. | | | | | | | |
| 72. T Rowe Price Real Estate Fund #1 | B | Int./Div. | | | | | | | |
| 73. T. Row Price Small-Cap Stock Fund #1 | A | Int./Div. | | | | | | | |
| 74. T Rowe Price Spectrum Growth Fund #1 | B | Int./Div. | | | | | | | |
| 75. T Rowe Spectrum International Fund #1 | A | Int./Div. | | | | | | | |
| 76. PIMCO All Asset Fund A #1 | A | Int./Div. | | | | | | | |
| 77. PIMCO Commodities Real Return Strategy Fund #1 | A | Int./Div. | | | | | | | |
| 78. PIMCO Low Duration Bond, Adm Fund #1 | A | Int./Div. | | | | | | | |
| 79. T Rowe Price Emerging Markets Bond Fund #1 | A | Int./Div. | | | | | | | |
| 80. T Rowe Price GNMA Fund #1 | A | Int./Div. | | | | | | | |
| 81. T Rowe Price High Yield Fund #1 | A | Int./Div. | | | | | | | |
| 82. T Rowe Inflation Protected Bond Fund #1 | A | Int./Div. | | | | | | | |
| 83. T Rowe Price New Income Fund #1 | A | Int./Div. | | | | | | | |
| 84. T Rowe Price Short Term Bond Fund #1 | A | Int./Div. | | | | | | | |
| 85. T Rowe Price U.S. Bond Index Fund #1 | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer,, Janet S. | 07/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T Rowe Price International Bond Fund #3 | A | Int./Div. | | | | | | | |
| 87. T Rowe Price Balanced Fund #2 (Defined Benef Plan Rollover) | E | Int./Div. | O | T | | | | | |
| 88. T Rowe Price Captial Appreciation Fund #2 | B | Int./Div. | | | | | | | |
| 89. T Rowe Price Global Real Estate Fund #2 | A | Int./Div. | | | | | | | |
| 90. T Rowe Price International Equity Index Fund | A | Int./Div. | | | | | | | |
| 91. T Rowe Price Interenational Discovery Fund #2 | A | Int./Div. | | | | | | | |
| 92. T Rowe Price New Era Fund #2 | A | Int./Div. | | | | | | | |
| 93. T Rowe Price Overseas Stock Fund | A | Int./Div. | | | | | | | |
| 94. T Rowe Price Personal Strategy Balanced Fund | B | Int./Div. | | | | | | | |
| 95. T Rowe Price Real Estate Fund #2 | A | Int./Div. | | | | | | | |
| 96. T Rowe Price Small Cap Value Fund | B | Int./Div. | | | | | | | |
| 97. T Rowe Price Spectrum International Fund #2 | A | Int./Div. | | | | | | | |
| 98. T Rowe Price Total Equity Market Index Fund | C | Int./Div. | | | | | | | |
| 99. PIMCO All Asset Fund A #2 | A | Int./Div. | | | | | | | |
| 100. PIMCO Commodities Real Return Strategy Fund #2 | A | Int./Div. | | | | | | | |
| 101. PIMCO Low Duration Bond, Adm Fund #2 | A | Int./Div. | | | | | | | |
| 102. T Rowe Price Corporate Income Fund | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer,, Janet S. | 07/07/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. T Rowe Price GNMA Fund #2 | A | Int./Div. | | | | | | | |
| 104. T Rowe Price High Yield Fund #2 | A | Int./Div. | | | | | | | |
| 105. T Rowe Inflation Protected Bond Fund #2 | A | Int./Div. | | | | | | | |
| 106. T Rowe Price New Income Fund #2 | A | Int./Div. | | | | | | | |
| 107. T Rowe Price Short Term Bond Fund #2 | A | Int./Div. | | | | | | | |
| 108. T Rowe Price Spectrum Income #2 | A | Int./Div. | | | | | | | |
| 109. T Rowe Price U.S. Bond Index Fund #2 | A | Int./Div. | | | | | | | |
| 110. T Rowe Price U.S. Treasury Intermediate Fund | A | Int./Div. | | | | | | | |
| 111. Vanguard Wellington Investor Fund ( UTMA #1) | A | Int./Div. | K | T | | | | | |
| 112. Fidelity Municipal Money Market Fund (UTMA #1) | A | Int./Div. | J | T | | | | | |
| 113. Vanguard Wellington Investor Fund (UTMA#2) | A | Int./Div. | K | T | | | | | |
| 114. Fidelity Municipal Money Market Fund ( UTMA #2) | A | Int./Div. | J | T | | | | | |
| 115. Alaska College Savings Plan Aged Based Money Mkt Fund #1 | A | Int./Div. | | | | | | | |
| 116. Alaska College Savings Plan Aged Based Money Mkt Fund #2 | A | Int./Div. | | | | | | | |
| 117. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer,, Janet S. | 07/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janet S. Baer,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544